UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE MASSEY,

        Plaintiff,

    -against-

CORRECTION OFFICER MICHELE (# 110201); CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF CORRECTIONS,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/25/2021_____

20 Civ. 7621 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

    On January 4, 2021, Defendant City of New York moved to dismiss the complaint. ECF No. 15. The motion and supporting papers were sent to Plaintiff by mail on the same day. ECF No. 18. Plaintiff has not responded to the motion to dismiss.

    Accordingly, by **March 18, 2021**, Plaintiff shall file his opposition papers. By **April 1, 2021**, Defendant City of New York shall file its reply, if any. If Plaintiff does not file his opposition papers by that date, the Court will consider the matter fully briefed.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: February 25, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge