USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/10/2021_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE MASSEY,

        Plaintiff,

-against-

CORRECTION OFFICER MICHELE (# 110201); CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF CORRECTIONS,

        Defendants.

20 Civ. 7621 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

        The Court is in receipt of Plaintiff's amended complaint, ECF No. 25.  By **September 15, 2021**, Defendant City of New York shall file a letter on the docket stating whether, in light of the amended complaint, it withdraws its motion to dismiss the complaint, ECF No. 15.

        The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

        SO ORDERED.

Dated:  September 10, 2021
       New York, New York

ANALISA TORRES
United States District Judge