```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/16/2022_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE MASSEY,

        Plaintiff,

-against-

CORRECTION OFFICER MICHELE (# 110201); CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF CORRECTIONS,

        Defendants.

20 Civ. 7621 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 36, of the Honorable James L. Cott, the Court reviewed the R&R for clear error and found none. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendants' motion to dismiss is GRANTED and Plaintiff's complaint is DISMISSED with prejudice.

    The Clerk of Court is directed to terminate the motion at ECF No. 30, to mail a copy of this order to Plaintiff *pro se*, and to close the case.

    SO ORDERED.

Dated: September 16, 2022
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge