UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TYRONE MASSEY,

                    Plaintiff,                    20 **CIVIL** 7621 (AT)(JLC)

           -against-                    **JUDGMENT**

CORRECTION OFFICER MICHELE (# 110201);
CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF CORRECTIONS,

                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 16, 2022, having received no objections to the Report and Recommendation of the Honorable James L. Cott, the Court reviewed the R&R for clear error and found none. Santiago v. Colvin, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The R&R is ADOPTED in its entirety. Defendants' motion to dismiss is GRANTED and Plaintiff's complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
            September 16, 2022

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                          **BY:**    *K. Mango*
                                                        **Deputy Clerk**